Juan Jose FLORES, Petitioner–Appellant,

v.

Michael MAHONEY, Warden, Montana State Prison, Respondent–Appellee.

No. 01–35897.

D.C. No. CV–00–00042–DWM.

United States Court of Appeals, Ninth Circuit.

Submitted March 10, 2003.*

Decided March 13, 2003.

Before CANBY, O'SCANNLAIN, and T.G. NELSON, Circuit Judges.

MEMORANDUM **

Juan Jose Flores appeals the district court's dismissal of his § 2254 habeas petition challenging his Montana state conviction for aggravated assault. We have jurisdiction pursuant to 28 U.S.C. § 2253, and affirm.

The record supports the district court's finding that Flores procedurally defaulted his federal fair trial claim by failing to fairly present it to the Montana Supreme Court. *See Lyons v. Crawford*, 232 F.3d 666, 668 (9th Cir.2000) ("[T]he petitioner must make the federal basis [of the claim] explicit either by citing federal law or the decisions of federal courts, even if the federal basis of a claim is "self-evident," or the underlying claim would be decided un-

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

der state law on the same considerations that would control resolution of the claim on federal grounds.") (internal citations omitted) *as amended by* 247 F.3d 904 (9th Cir.2001); *see also Johnson v. Zenon,* 88 F.3d 828, 829 (9th Cir.1996) (stating that a petitioner has not exhausted his state remedies as to a federal claim, if in his state petition he has merely asserted, without reference to federal constitutional law, that he was denied a fair trial).

Alternatively, Flores contends that even if the fair trial issue was not fairly presented, the Montana Supreme Court *sua sponte* considered the claim as arising under the fair and impartial trial clause of the U.S. Constitution. A review of the Montana Supreme Court's decision in the matter does not support this contention.

AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.